**92–1855.** State v. Rountree. *Summit County*, No. 15388. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Summit County. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on September 15, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.

**92–1881.** Campbell v. Ohio Dept. of Rehab. & Corr. *Franklin County*, No. 92AP–726. *Sua sponte*, cause dismissed for want of prosecution, effective March 4, 1993.

**92–1901.** Jones v. Kaiser Found. Hosp. *Cuyahoga County*, No. 60984. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on November 5, 1992. It appears from the records of this court that appellants have not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.

**92–1923.** Mott v. Mott. *Portage County*, No. 91–P–2359. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Portage County to certify its record and as a claimed appeal as of right from said court. Appellants' request for extension of time to file a memorandum in support of jurisdiction was denied by this court on September 23, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.

**92–1953.** State v. Williams. *Mahoning County*, No. 86 C.A. 147. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Mahoning County and as a claimed appeal as of right from said court. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on September 28, 1992. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective March 4, 1993.